PER CURIAM.
Affirmed. § 59.041, Fla.Stat. (1993); Tyus v. Apalachicola Northern R.R., 130 So.2d 580 (Fla.1961); Blue Grass Shows, Inc. v. Collins, 614 So.2d 626 (Fla. 1st DCA 1993); Brumage v. Plummer, 502 So.2d 966 (Fla. 3d DCA 1987); Gregory v. Seaboard Sys. R.R., Inc., 484 So.2d 35 (Fla. 2d DCA 1986), rev. denied, 492 So.2d 1334 (Fla.1986); Hartford Accident & Indem. Co. v. Ocha, 472 So.2d 1338 (Fla. 4th DCA 1985).